# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALFREDO FARIAS-BARAJAS,<br><br>                Defendant. | Case No. 18cr4695-WQH<br><br>**JUDGMENT AND ORDER OF DISMISSAL**<br><br>[ECF No. 17] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**
Dated: November 15, 2018

_____
Hon. William Q. Hayes
United States District Court